IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELBY'S EXTRAORINAIRE, LLC | : | CIVIL ACTION |
| *ON BEHALF OF ITSELF AND ALL* | : | |
| *OTHERS SIMILARLY SITUATED* | : | |
| | : | |
| v. | : | |
| | : | |
| CITIZENS BANK OF PENNSYLVANIA | : | NO.  17-cv-556 |

ORDER

AND NOW, this 19th day of May 2017, upon consideration of the Stipulation of Dismissal With Prejudice (Doc. No. 16), it is hereby ORDERED as follows:

1. The Stipulation (Doc. No. 16) is APPROVED.

2. Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 11) is DENIED as moot.

3. This action is DISMISSED WITH PREJUDICE. Each party is to bear its own attorney's fees and costs.

4. The Clerk of the Court is respectfully directed to close the case for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.